| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**100291 CA**<br>**michael.berger@bankruptcypower.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Perez Brothers Transport, LLC* | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| In re:<br><br>**Perez Brothers Transport, LLC**<br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: **2:18-bk-10589-VZ**<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☑ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. Bar Date. The court has set a deadline of ____**May 31, 2018**____ (Bar Date), for creditors in the above-referenced case to file proof of claims against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☑ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. See 11 U.S.C. §§ 365(d)(4) and 502(g).

   (b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on __**1/18/2018**__, and therefore calculates that this deadline is __**7/17/2018**__). See 11 U.S.C. §§ 101(27) and 502(b)(9).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                Page 1                                    **F 3003-1.NOTICE.BARDATE**

    (c) <u>Avoidance.</u> For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. See 11 U.S.C. § 502(h).

    (d) <u>Agreed claims.</u> If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated <u>or</u> unknown, or if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims.</u> Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim.* Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. <u>Interest Holders.</u> If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: 3/28/2018

By: /s/ Michael Jay Berger
Signature of Debtor, chapter 11 trustee, or their attorney

Name: **Michael Jay Berger**
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/28/2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Kelly L Morrison    kelly.l.morrison@usdoj.gov
Attorney for IRS: Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/28/2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee
Attn: Kelly Morrison
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Perez Brothers Transport, LLC
PO Box 907
Montebello, CA 90280

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 3/28/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012 -- Served via Overnight Mail

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/28/2018 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

## CONTINUED SERVICE LIST

**2. SERVED BY UNITED STATES MAIL:**

Secured Creditors:

Corridor Recycling
Att.: Gil Dotoson
22500 S. Alameda Street
Long Beach, CA 90810

Cynthia Marti
180 E. 21st., Apt. A4
Helm, CA 93627

IRS
P O Box 7346
Philadelphia, PA 19101-7346

Mcleod Family Trust
23505 Crenshaw Blvd., Ste. 201
Torrance, CA 90505

Pacific Enterprise Bank
17748 Sky Park Cir, No. 100
Irvine, CA 92614

20 Largest Unsecured Creditors:

BMO Harris Bank, N.A.
c/o Daniels, Fine, Israel
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

Benigno Espinoza Dominguez
22503 Mayer St, Space 25
Torrance, CA 90502

CMA-CGM (America) LLC
5701 Lake Wright Drive
Norfolk, VA 23502

China Shipping (N.America) Agency
P O Box 420
11 Philips Parkway
Montvale, NJ 07645

Cosco Shipping Lines North America, Inc.
c/o Metro Group Maritime
Attn: Lee
61 Broadway, Suite 905
New York, NY 10006

Direct Chassis Link, Inc.
P O Box 603
Charlotte, NC 28260-3061

EDD
Bankrutpcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Evergreen Shipping Agency
6021 Katella Ave., Ste 200
Cypress, CA 90630

Flexi-Van Leasing, Inc.
P O Box 3228
Boston, MA 02241-3228

IRS
P O Box 7346
Philadelphia, PA 19101-7346

Jose C Fernandez
1248 Greengate Street
Corona, CA 92879

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Juan Valencia Vergara
10439 San Carlos Ave.
South Gate, CA 90280

Mediterranean Shipping Co. USA Inc.
c/o Metro Group Maritime
Attn: Lee
61 Broadway, Suite 905
New York, NY 10006

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Blvd.
Charlotte, NC 28273-8136

Mike Roche, Inc dba Roche Fuel Stop
Wakefield Law Firm
c/o Danielle K. Wakefield, Esq.
7040 Avenida Encinas #104-329
Carlsbad, CA 92011

National Retail Transportation, Inc
3000 E. Via Mondo
Rancho Dominguez, CA 90221

Nippon Yusen Kabushii Kaisha
NYK Services No. America, Inc.
1900 Charles Bryan Rd
Cordova, TN 38016

Pedro A. Martinez
1738 N. Rose Ave
Compton, CA 90221

Sergio Martinez
c/o Dorina E. Hirsch, Esq.
Hirsch Law Firm
3008 1st Ave
San Diego, CA 92103

Sprint Corp.
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

United Arab Agencies Inc.
5515 Spalding Drive
Norcross, GA 30092

Additional Creditors:

Agustine Alba
12504 S Mona Blvd.
Compton, CA 90222

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Alfredo E. Martinez
4280 Platt Ave.
Lynwood, CA 90262

Benigno Espinoza Dominguez
22503 Mayer St, Space 25
Torrance, CA 90502

Bertha Jimenez
15112 Navilla Pl
Baldwin Park, CA 91706

BMO Harris Bank, N.A.
c/o Daniels, Fine, Israel
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067

Flexi-Van Leasing, Inc.
c/o Howard Goodman, Esq.
Law Office of Howard Goodman
18321 Ventura Blvd. Suite 755
Tarzana, CA 91356

Carlos Bermudez
13812 Premiere Ave
Bellflower, CA 90706

Carlos O Platero
2118 E. Bliss
Compton, CA 90222

Carlos Ruiz
4552 1/2 E. 5th Street
Los Angeles, CA 90022

Charter/Spectrum
7815 Crescent Executive Drive, 4th Floor
Charlotte, NC 28217

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Daniel Lopez Perez
416 S. Woods Ave
Los Angeles, CA 90022

Daniel O Rodriguez
12415 Peach Street
Lynwood, CA 90262

Dolores F. Prieto
7221 Petrol St., Apt. 57
Paramount, CA 90723

Edgar S. Zuniga Risueno
9724 E. Imperial Hwy, Apt H
Downey, CA 90242

Felipe DeJesus Reyez Vasquez
9619 E. Sunglow St
Pico Rivera, CA 90660

Franchise Tax
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Gonzalo R Garcia
9218 Reichling Lane
Pico Rivera, CA 90660

Hamburg Sud
465 South Street
Morristown, NJ 07960

Hanjin Shipping
80 East Route 4, Ste 490
Paramus, NJ 07652

Humberto Gonzalez
1006 Satury Ave, Apt 305
Torrance, CA 90501

Joan Holloway
473 Torrance Blvd., PMB 382
Torrance, CA 90503

Jose I. Perez
9262 Klindale Ave
Downey, CA 90240

Jose Reyes Mejia
2609 Fernwood Ave
Lynwood, CA 90262

Leopoldo Moreno Lopez
2245 E. 117th Street
Los Angeles, CA 90059

Marco A Aguirre
13653 Arlee Ave
Norwalk, CA 90650

Maria C Perez
212 N. Woodland Ct
Montebello, CA 90640

Mario Cesar Ortiz
6211 Heliotrope Ave
Bell Gardens, CA 90201

Mario Sandoval Rios
44836 Redwood Ave
Lancaster, CA 93534

Mark P Blenden
Blenden Roth Law Firm
2217 Harwood Road
Bedford, TX 76021

Martin A Ortiz
10220 Orr and Day Rd
Santa Fe Springs, CA 90670

Marvin L. Recinos
9141 1/2 Park St
Bellflower, CA 90706

Mirna E Orellana Ortiz
4212 E. 54th Street
Maywood, CA 90270

Pablo Vera
2342 E. 130th Street
Compton, CA 90222

Santos T. Argueta
4101 W. Oakwood Ave, #102
Los Angeles, CA 90004

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

TRAC Intermodal
211 College Road East
Princeton, NJ 08540-6610

Victor Hugo Morales
2006 Palmgrove Ave
Pomona, CA 91767

Additional Notices:

Attorney General
USDOJ
Ben Franklin Station
PO Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Bldg. Rm 7516
300 N. Los Angeles, CA 90012
Los Angeles, CA 90012

EDD
800 Capital Mall
PO Box 826215
Sacramento, CA 94230

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE