| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com<br><br>☐ Individual appearing without attorney<br>☑ Attorney for: Perez Brothers Transport, LLC | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Perez Brothers Transport, LLC<br>Debtor. | CASE NO.: 2:18-bk-10589-VZ<br>CHAPTER 11 |
|---|---|
| Movant(s),<br>vs.<br><br>Respondant(s). | **NOTICE OF NON-OPPOSITION**<br><br>DATE: 11/1/2018<br>TIME: 9:30 a.m.<br>COURTROOM: 1368<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |

1. TO THE MOVANT (specify name): THE UNITED STATES TRUSTEE

2. NOTICE IS HEREBY GIVEN that the    ☑ Debtor    ☐ chapter __ trustee    ☐ other (specify): PEREZ BROTHERS TRANSPORT, LLC in the above-entitled proceeding does not oppose the granting of the following motion or application (specify): MOTION UNDER 11 U.S.C. SECTION 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON [docket entry no.: 117]. Debtor does not oppose the United States Trustee's request for a dismissal of Debtor's bankruptcy.

Dated: October 17, 2018

Law Offices of Michael Jay Berger
Printed name of law firm

_Signature_
Michael Jay Berger
Printed name
Perez Brothers Transport, LLC
*Attorney for (specify):*

| In re | CHAPTER 11 |
|---|---|
| Perez Brothers Transport, LLC | |
| Debtor. | CASE NUMBER 2:18-bk-10589-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Non-Opposition** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/18/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Kelly L Morrison    kelly.l.morrison@usdoj.gov
Attorney for IRS: Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/18/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Perez Brothers Transport, LLC
PO Box 907
Montebello, CA 90640

U.S. Trustee
Attn: Kelly Morrison
915 Wilshire Blvd. Ste. 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/18/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 East Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2018 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9013-1.4.NOTICE.NONOPPOSITION