PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KELLY L. MORRISON, State Bar No. 216155
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
(213) 894-2656 telephone
(213) 894-2603 facsimile
Email: Kelly.L.Morrison@usdoj.gov

**FILED & ENTERED**

NOV 02 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

**PEREZ BROTHERS TRANSPORT, LLC**,

Debtor(s).

Case No.: 2:18-bk-10589-VZ

Chapter 11

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS AND DISMISSING CASE WITH JUDGMENT FOR QUARTERLY FEES**

Hearing Date:  November 1, 2018
Time           9:30 a.m.
Place          Courtroom 1368
               255 E. Temple St.
               Los Angeles, CA 90017

The United States Trustee's Motion to Convert or Dismiss this case per § 1112(b) with an Order directing payment of Quarterly Fees came on for hearing on the above date and time. The Debtor filed a statement of no opposition to the Motion and no written opposition to the Motion was filed, therefore, appearances at the hearing were waived by the Court. The Court having considered the record herein, based on the findings of fact as set forth on the record and for good cause appearing, it is hereby,

ORDERED that:

    1.    The case is DISMISSED; and it is hereby

- 1 -

2. FURTHER ORDERED that the United States Trustee is granted a judgment in the amount of $4,883.15 for quarterly fees accrued and unpaid in the third quarter 2018 (including interest) and $1,625.00 for quarterly fees accrued and unpaid in the fourth quarter 2018, for a total judgment of $6,508.15. Quarterly fees are assessed interest pursuant to 31 U.S.C. § 3717 if not paid timely.

### 

Date: November 2, 2018

Vincent P. Zurzolo
United States Bankruptcy Judge