# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF DISMISSAL**

**DEBTOR INFORMATION:**
Perez Brothers Transport, LLC

**BANKRUPTCY NO.** 2:18−bk−10589−VZ

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 46−2059985
**Debtor Dismissal Date:** 11/2/18

**Address:**
PO Box 907
Montebello, CA 90640

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: November 2, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**134 / ELG**